IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES D. JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | 8:17CV39 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FRAKES, Nebraska | ) | ORDER |
| Department of Correctional Services | ) | |
| Director, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that Petitioner James D. Johnson's motion to alter or amend judgment dismissing habeas corpus case and denying certificate of appealability (filing no. 9) is denied.

DATED this 16th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge