IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES D. JOHNSON, | ) | |
| Petitioner, | ) | 8:17CV39 |
| v. | ) | |
| SCOTT R. FRAKES, Nebraska Department of Correctional Services Director, | ) | ORDER |
| Respondent. | ) | |

Because the motions of Eric English and Ronnie Dubray are frivolous, because they were never parties to this case, and because this case is closed,

IT IS ORDERED that the motions to intervene (filing nos. 11 and 15), motions to appoint counsel (filing nos. 12 and 16), and motions for leave to proceed in forma pauperis (filing nos. 13 and 17) are denied. The Clerk of Court shall mail a copy of this order to Mr. English and Mr. Dubray.

DATED this 24th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge