IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES D. JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | 8:17CV39 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FRAKES, Nebraska Department of Correctional Services Director, | ) ) ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that:

(1) The Petitioner James D. Johnson, but only the Petitioner James D. Johnson, is given leave to appeal in forma pauperis.

(2) The Request That Circuit Judge or Judges Issue the Requisite Certificate of Appealability filed by James D. Johnson (Filing No. 24) is referred to the Eighth Circuit Court of Appeals for consideration. The Clerk of Court shall mail a copy of filing no. 24 to the Eighth Circuit Court of Appeals, and term the motion.

(3) The motion to intervene (filing no. 20), the motion for class action certification and to appoint counsel (filing no. 21), and the motion for leave to proceed in forma pauperis (filing No. 22) submitted by William James Bland are denied.

DATED this 30th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge