IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES D. JOHNSON, | ) | |
| Petitioner, | ) | 8:17CV39 |
| v. | ) | |
| SCOTT R. FRAKES, Nebraska Department of Correctional Services Director, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that the following motions submitted by a non-party (Ryan G. Long) are denied, to wit: Motion to Intervene (filing no. 31), Motion to Appoint Counsel (filing no. 32), and Motion for Leave to Proceed In Forma Pauperis (filing no. 33).

DATED this 3rd day of April, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge