IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES D. JOHNSON, | ) | |
| --- | --- | --- |
| Petitioner, | ) | 8:17CV39 |
| v. | ) | |
| SCOTT R. FRAKES, Nebraska Department of Correctional Services Director, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that the motions of non-parties (filing nos. 39-41, filing nos. 43-45, filings 47-49 and filings 51-53) are denied, for among other reasons, because they are frivolous.

DATED this 2nd day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge