IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES D. JOHNSON, | ) | |
|---|---|---|
| Petitioner, | ) | 8:17CV39 |
| v. | ) | |
| SCOTT R. FRAKES, Nebraska Department of Correctional Services Director, | ) | ORDER |
| Respondent. | ) | |

Because the following submissions of non-parties are frivolous,

IT IS ORDERED that:

(1) Daryl D. Eskridge's motion to intervene (filing no. 55), motion to certify class and to appoint counsel (filing no. 56), and motion for leave to proceed in forma pauperis (filing no. 57) are denied.

(2) Scotty R. Glassco's motion to intervene (filing no. 59), motion to certify class and to appoint counsel (filing no. 60), and motion for leave to proceed in forma pauperis (filing no. 61) are denied.

DATED this 9th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge