IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |  |
|---|---|---|
| JAMES D. JOHNSON, | ) | |
| Petitioner, | ) | 8:17CV39 |
| v. | ) | |
| SCOTT R. FRAKES, Nebraska Department of Correctional Services Director, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Ronnie E. Simmon's Motion to Join Action or Intervene Thereon With/As Party Plaintiffs (filing no. 64) and Motion for Class Action Certification and Appointment of Class Counsel (filing no. 65) are denied.

DATED this 31st day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge